# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RONDA MARIE GIROIR

NO. 2023 KW 0724

**FEBRUARY 5, 2024**

---

In Re:     Ronda Marie Giroir, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 702301.

---

**BEFORE:    THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT GRANTED IN PART AND DENIED IN PART.** The writ is granted for the sole purpose of remanding the matter to the district court to issue a ruling on Claim One of Relator's Application for Post-conviction Relief. The writ application is denied in all other respects.

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT